**674-15**

# ELECTRONIC RECORD

COA # 02-14-00156-CR          OFFENSE: 21.11

STYLE: Reginald Fritz Bell v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:    AFFIRM          TRIAL COURT: 371st District Court

DATE: 04/16/2015          Publish: NO    TC CASE #: 1319218D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Reginald Fritz Bell v. The State of Texas          CCA #: **674-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**